**Order entered January 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01535-CR

### JECOLE KEKEITH JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-54578-R**

### ORDER

Before the Court is the State's January 21, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE